1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00095 -ADA-BAM-4
12 |              Plaintiff,    | STIPULATION TO BRIEFING SCHEDULE
13 |         v.                 |
                                 | Date: July 12, 2023
14 | LIZETTE MENDEZ,             | Time: 2:00 p.m.
                                 | Honorable Barbara A. McAuliffe
15 |              Defendant.    |

16

17        The United States of America, by and through Phillip A. Talbert, United States Attorney, and

18  Arin Heinz, Assistant United States Attorneys, and the defendant, by and through Mr. Kevin Rooney,

19  his attorney of record, hereby stipulate and request that the following briefing schedule be put in place:

20             a). The parties seek to set the hearing on the motion for discovery on July 12, 2023.

21             b). The defense will file a motion for discovery no later than June 16, 2023.

22             c). The government's opposition will be filed no later than June 29, 2023.

23             d). Defendant's reply to the government's opposition, if any, shall be filed no later than

24        July 7, 2023.

25

26

27

28

STIPULATION TO BRIEFING SCHEDULE                    1

Dated: June 15, 2023                                  PHILLIP A TALBERT
                                                      United States Attorney

                                                      /s/ *Arin C. Heinz*
                                                      ARIN C. HEINZ
                                                      Assistant United States Attorney


DATED:  June 15, 2023                                 /s/*Kevin Rooney*
                                                      KEVIN ROONEY
                                                      Attorney for Defendant Lizette Mendez

## **ORDER**

IT IS SO ORDERED that the motion briefing schedule be set as follows:

        Motion due:              **June 16, 2023**

        Opposition due:          **June 29, 2023**

        Reply due:               **July 7, 2023**

        Hearing on motions       **July 12, 2023 at 1:00 p.m. IN PERSON before Magistrate Judge Barbara A. McAuliffe**

IT IS SO ORDERED.

Dated:  **June 20, 2023**                             /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION TO BRIEFING SCHEDULE                      2