1  PHILLIP A. TALBERT
   United States Attorney
2  ARIN C. HEINZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:21-CR-00095-ADA-BAM-4
12 |                      Plaintiff,    | STIPULATION TO BRIEFING SCHEDULE
13 |            v.                      |
14 | LIZETTE MENDEZ,                    | Date: August 7, 2023
   |                                    | Time: 10:00 a.m.
15 |                      Defendant.    | Honorable Ana de Alba

16

17    The United States of America, by and through Phillip A. Talbert, United States Attorney, and

18 Arin Heinz, Assistant United States Attorneys, and the defendant, by and through Mr. Kevin Rooney,

19 his attorney of record, hereby stipulate and request that the following briefing schedule be put in place:

20        a). The parties seek to set the hearing on the motion to revoke an order of detention on

21    August 7, 2023.

22        b). The defense will file a motion to revoke an order of detention no later than June 16,

23    2023.

24        c). The government's opposition will be filed no later than July 7, 2023.

25 ///

26 ///

27 ///

28 ///

STIPULATION TO BRIEFING SCHEDULE                     1

d). Defendant's reply to the government's opposition, if any, shall be filed no later than July 25, 2023.

Dated: June 15, 2023

PHILLIP A TALBERT
United States Attorney

/s/ *Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

DATED:  June 15, 2023

/s/*Kevin Rooney*
KEVIN ROONEY
Attorney for Defendant Lizette Mendez

IT IS SO ORDERED.

Dated:   June 20, 2023

UNITED STATES DISTRICT JUDGE