1  PHILLIP A. TALBERT
United States Attorney
2  ARIN C. HEINZ
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              | CASE NO.  1:21-CR-00095 -ADA-BAM-4

12                           Plaintiff,    | **STIPULATION TO SCHEDULE CHANGE OF PLEA**

13               v.

14  LIZETTE MENDEZ,

15                           Defendant.

16

17       The United States of America, by and through Phillip A. Talbert, United States Attorney, and

18  Arin Heinz, Assistant United States Attorneys, and the defendant, by and through Mr. Kevin Rooney,

19  her attorney of record, hereby stipulate the following:

20            a). The parties seek to schedule this case for a change of plea on October 30, 2023.

21            b). Defendant Mendez previously agreed to exclude time under the Speedy Trial Act, 18

22       U.S.C. § 3161, et seq., until the scheduled trial date of July 15, 2024. ECF 216. The Court found

23       that time was deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it

24       resulted from a continuance at defendant's request and because the ends of justice served by

25       taking such action outweigh the best interest of the public and the defendant's in a speedy trial.

26       ECF 219. For the same reasons previously outlined, the parties request that time be excluded

27       until the scheduled change of plea on October 30, 2023.

28       ///

STIPULATION TO BRIEFING SCHEDULE                    1

1    Dated: October 10, 2023                 PHILLIP A TALBERT
                                             United States Attorney
2

3                                            /s/ *Arin C. Heinz*
                                             ARIN C. HEINZ
4                                            Assistant United States Attorney

5

6    DATED:  October 10, 2023               /s/*Kevin Rooney*
                                             KEVIN ROONEY
7                                            Attorney for Defendant Lizette Mendez

8                                    **ORDER**

9         IT IS HEREBY ORDERED that the case be scheduled for a change of plea on October 30, 2023,

10   and that time be excluded from October 10, 2023, until October 30, 2023 under the Speedy Trial Act, 18

11   U.S.C. § 3161, et seq.,

12

13

14   IT IS SO ORDERED.

15     Dated:    October 10, 2023

16                                            UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO BRIEFING SCHEDULE
                                    2