
**FILED**
Oct 10, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:21-cr-00095-ADA-BAM |
| | ) | |
| LIZETTE MENDEZ | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/6/23

*/s/ for Lizette Mendez*
*Defendant's signature*

*/s/*
*Signature of defendant's attorney*

*Kevin P. Rooney*
*Printed name of defendant's attorney*

*/s/*
*Judge's signature*

Hon. Ana de Alba, United States District Judge
*Judge's printed name and title*