Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-CR-00095-ADA- BAM |
| Plaintiff, | Stipulation and Order To Modify Conditions of PreTrial Release |
| vs. | |
| LIZETTE MENDEZ, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. The parties, with the full support of the PreTrial Services Office (PTS), agree that Ms. Mendez' location monitoring restriction be modified from home detention to a daily curfew from 10:30 p.m. until 8:00 a.m. and request the Court to order that modification.

2. Ms. Mendez has been in full compliance with her conditions of release following her post-violation release on August 10, 2023. Ms. Mendez has reported for all drug tests and those tests have been negative. Ms. Mendez has participated in all scheduled mental health counseling sessions.

It is so stipulated and agreed.

1

Dated:  November __29__, 2023              PHILLIP A. TALBERT U.S. ATTY

/s/ Arin Heinz
ARIN C. HEINZ
Assistant United States Attorney

Dated:  November __29__, 2023              Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Lizette Mendez

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the conditions of PreTrial release in this matter are hereby modified as follows: Ms. Mendez is no longer subject to home detention and is now subject to a curfew requiring her to remain at her approved residence every night from 10:30 p.m. until 8:00 a.m. the following morning, unless otherwise authorized, in advance, by her PreTrial Services Officer.

IT IS SO ORDERED.

Dated:   **November 30, 2023**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE