Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LIZETTE MENDEZ, et al

    Defendants.

Case No.: 1:21-CR-00095-NODJ-BAM

Stipulation and Order To Continue Sentencing date and Modify PreSentence Investigation Referral Schedule

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the sentencing date be continued from March 25, 2024 until May 13, 2024 and the PreSentence Investigation Referral schedule be modified to allow defense counsel sufficient time for investigation and preparation for sentencing. Defense counsel has consulted with his client, who is not in custody, and she is agreeable to the requested continuance. Defense counsel also consulted with the assigned United States Probation Officer who had no objection to the proposed continuance.

1

2. The parties have agreed upon the following schedule:

| | |
|---|---|
| Judgement and Sentencing date: | May 13, 2024 |
| Reply or Statement of Non-Opposition: | April 22, 2024 |
| Formal Objections to the PSR filed and served: | April 8, 2024 |
| Final PSR filed and disclosed to counsel no later than: | March 25, 2024 |
| Informal Objections To PSR delivered to USPO and counsel: | March 11, 2024 |

It is so stipulated and agreed.

Dated: February 15, 2024          PHILLIP A. TALBERT, UNITED STATES ATTY

 s/ Arin Heinz
ARIN HEINZ
Assistant United States Attorney

Dated: February 15, 2024          Respectfully submitted,

 /s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
LIZETTE MENDEZ

**ORDER**

IT IS SO ORDERED, pursuant to the stipulation of the parties, that sentencing date in this matter is continued from March 25, 2024, **to May 13, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge** and that the PreSentence Investigation Referral schedule is modified as specified in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **February 15, 2024**               /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE