Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR 95 NODJ/BAM |
| Plaintiff, | Stipulation and Order To Modify Conditions of PreTrial Release |
| vs. | |
| LIZETTE MENDEZ, | |
| Defendant. | |

The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. The parties, with the full support of the PreTrial Services Office (PTS), agree that Ms. Mendez' location monitoring restriction and curfew be removed and request the Court to order that modification as detailed below. All other conditions of Ms. Mendez' PreTrial release, as detailed in the March 29, 2021 Order setting conditions (Document 42), should remain in full force and effect. However, Condition 7(f) should be modified to allow Ms. Mendez to travel within the State of California without authorization in advance.

1

2. Ms. Mendez has been in full compliance with her conditions of release following her post-violation release on August 10, 2023.  She has entered a plea and is scheduled to be sentenced on May 13, 2024.

It is so stipulated and agreed.

Dated:  April 2, 2024                                         PHILLIP A. TALBERT U.S. ATTY

                                                      /s/ Arin Heinz
                                                      ARIN C. HEINZ
                                                      Assistant United States Attorney

Dated:  April 2, 2024                                         Respectfully submitted,

                                                      /s/ Kevin Rooney
                                                      KEVIN P. ROONEY
                                                      Attorney for Defendant
                                                      Lizette Mendez

### ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the conditions of PreTrial release in this matter are hereby modified as follows: Ms. Mendez is no longer subject to a curfew or electronic monitoring. All other previous conditions of Ms. Mendez' PreTrial release as detailed in the March 29, 2021 Order setting conditions (Document 42) remain in full force and effect. However, Condition 7(f) is modified to allow Ms. Mendez to travel within the State of California without authorization in advance.
IT IS SO ORDERED.

Dated:  **April 3, 2024**                                         /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE