Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIZETTE MENDEZ,<br><br>　　　　Defendant. | Case No.: 1:21 CR  95  NODJ/BAM<br><br>Stipulation and Order To Delay Bureau of Prisons Report Date |

　　The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. Ms. Mendez has been ordered to report to the Bureau of Prisons no later than September 9, 2024 to begin serving her 51 month sentence.  The parties agree that Ms. Mendez' report date should be delayed until December 10, 2024 for reasons discussed below.

///

///

2. Ms. Mendez' counsel has provided government counsel with copies of medical records indicating that Ms. Mendez has two separate and potentially serious medical conditions that require referrals to medical specialist for further diagnosis and potential treatment. As to one condition, Ms. Mendez' primary care physician has estimated that she will not be seen by the specialist until September or October 2024. That time lag is attributable to insurance authorization and the specialists' schedule.

It is so stipulated and agreed.

Dated: July __22__, 2024            PHILLIP A. TALBERT U.S. ATTY

/s/ Arin Heinz
ARIN C. HEINZ
Assistant United States Attorney

Dated: July __22__, 2024            Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Lizette Mendez

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, Ms. Lizette Mendez shall surrender for service of the sentence ordered in this case at the institution designated by the Bureau of Prisons before 2:00 p.m. on December 10, 2024, and if no such institution has been designated, to the United States Marshal in the Eastern District of California.

DATED: July 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE