Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LIZETTE MENDEZ,<br><br>　　　　Defendant. | Case No.: 1:21-CR- 95  NODJ/BAM<br><br><u>AMENDED</u> STIPULATION AND ORDER TO DELAY BUREAU OF PRISONS REPORT DATE |

　　The parties to this matter, by and through their respective counsel, hereby stipulate as follows:

1. Ms. Mendez has been ordered to report to the Bureau of Prisons no later than December 10, 2024.  The parties agree that Ms. Mendez' report date should be delayed until January 22, 2025 for reasons discussed below.

///

///

2. Ms. Mendez' counsel has provided government counsel with copies of medical records indicating that Ms. Mendez has multiple separate and potentially serious medical conditions that require continuing visits medical specialist for diagnosis and potential treatment. Ms. Mendez' next appointment is November 20, 2024. The delay in obtaining definitive diagnosis and a treatment plan(s) time lag is attributable to the availability of the involved health care providers.

It is so stipulated and agreed.

Dated:  November 5, 2024                    PHILLIP A. TALBERT U.S. ATTORNEY

/s/ Arin Heinz
ARIN C. HEINZ
Assistant United States Attorney


Dated:  November 5, 2024                    Respectfully submitted,

/s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant
Lizette Mendez


## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Ms. Lizette Mendez shall surrender for service of the sentence ordered in this case at the institution designated by the Bureau of Prisons before 2:00 p.m. on **January 22, 2025**, and if no such institution has been designated, to the United States Marshal in the Eastern District of California.

Dated: November 20, 2024

Troy L. Nunley
Chief United States District Judge