Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIZETTE MENDEZ,<br><br>Defendant. | Case No.: 1: 21 CR 95 TLN/BAM<br><br>ORDER TO SEAL DECLARATION AND EXHIBIT TO DEFENDANT'S MOTION TO DELAY BUREAU OF PRISONS REPORT DATE |

The Court hereby ORDERS, that the declaration from counsel and the exhibit filed in support of defendant Mendez' request to delay her Bureau of Prisons report date, shall be filed under seal to preserve Ms. Mendez' privacy rights regarding her medical conditions.

IT IS SO ORDERED.

Dated: **June 2, 2025**

_____
UNITED STATES DISTRICT JUDGE

1