Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, LIZETTE MENDEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LIZETTE MENDEZ,<br><br>Defendant. | Case No.: 1: 21 CR 95 TLN/BAM<br><br>[PROPOSED] ORDER TO SEAL DECLARATION AND EXHIBIT TO DEFENDANT'S REPLY REGARDING MOTION TO DELAY BUREAU OF PRISONS REPORT DATE |

The Court hereby ORDERS, that the article regarding liver lesions from the Clevland Clinic website and an MRI appointment notification filed in support of defendant Mendez' Reply regarding her request to delay her Bureau of Prisons report date, shall be filed under seal to preserve Ms. Mendez' privacy rights regarding her medical conditions.

Dated: June 10, 2025

_/s/ Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE